UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMANTHA J. ADKINS, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ONE LODGING MANAGEMENT, INC., )<br><br>Defendant. ) | Civil Action No. 2:18-cv-00019-NBF |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Samantha J. Adkins, and Defendant, One Lodging Management, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: November 28, 2018

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

Respectfully submitted,

*/s/ Jenna M. Decker*
Jenna M. Decker
Jackson Lewis P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
412-232-0404
jenna.decker@jacksonlewis.com

Joseph J. Lynett
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
914-872-8060
joseph.lynett@jacksonlewis.com